COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     B.H. v. Department of Family and Protective Services

Appellate case number:   01-11-00704-CV

Trial court case number: 9823370

Trial court:             309th District Court of Harris County

Appellant, B.H., appeals from the "Agreed Final Order Modifying Prior Order and Decree in Suit Affecting the Parent-Child Relationship," signed by the trial court on July 28, 2011. In connection with her appeal, appellant also requested appointment of counsel due to her indigence. We thus abated and remanded the case to the trial court for a hearing and findings on whether appellant was indigent. Subsequently, appellant was declared indigent and the trial court appointed counsel for appellant on appeal. On October 22, 2013, appellant's appointed counsel filed a motion to withdraw and an *Anders* brief. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Appellant has not filed an *Anders* response. Appellee has filed a waiver of opportunity to respond to the *Anders* brief.

There is a statutory right to counsel for indigent persons in parental termination cases. *See In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003); *In re Medaris*, No. 14-04-00543-CV, 2004 WL 1405734, at *1 (Tex. App.—Houston [14th Dist.] June 24, 2004, orig. proceeding). This includes the right to an attorney on appeal from a judgment terminating parental rights. *See In re Medaris*, 2004 WL 1405734, at *1; *In re K.M.*, 98 S.W.3d 774, 776 (Tex. App.—Fort Worth 2003, orig. proceeding). However, this case is not a parental termination case. The clerk's record shows that this is a conservatorship case. We do not find that there is an additional right to counsel on appeal in this case, which does not involve the termination of parental rights. *See In re K.M.*, No. 07-04-0442-CV, 2004 WL 2826851, at *4 (Tex. App.—Amarillo Dec. 8, 2004, orig. proceeding). Thus, the appointment of counsel to represent appellant on appeal was improper.

Accordingly, the Court ***grants*** appointed counsel's, Elsie Martin-Simon, motion to withdraw and ***strikes*** the *Anders* brief previously filed on October 22, 2013. Appointed counsel is ordered to immediately notify appellant in writing of all deadlines and settings of which counsel is aware of and to file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c). The Court also ***strikes*** appellee's waiver of opportunity to respond to appellant's *Anders* brief filed on November 12, 2013.

Further, we **ORDER** appellant to file a brief within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(d). Appellee's brief, if any, will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). Due to the previous delays in this appeal, no further extensions of time to file either brief will be granted, absent extraordinary circumstances.

It is so ORDERED.


Judge's signature:  /s/ Laura C. Higley
                       ☑ Acting individually     ☐ Acting for the Court

Date: January 14, 2014